# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSE CRUZ MILAN AMADOR,<br><br>        Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>        Respondent. | Case No. C12-2199-MJP-BAT<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Motion to Dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss (Dkt. 7) is GRANTED, and this action is DISMISSED with prejudice; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 11th day of March, 2013.

                                                            Marsha J. Pechman<br>
                                                            United States District Judge

ORDER OF DISMISSAL- 1